■ JACK ZUKOR, INC., Appellant, v UNDERWRITERS AT LONDON, Also Known as LLOYDS OF LONDON, Respondent.—Order, Supreme Court, New York County, entered on April 15, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without

disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.